miah A. O'Leary, of New York City, for respondent.

PER CURIAM. We do not think that the placing and maintenance of the uncovered pipe upon the floor was the proximate cause of the injury to the plaintiff, and therefore the finding of the jury that the defendant's negligence caused the plaintiff's injury was without evidence to sustain it. The judgment and order must be reversed, and a new trial ordered, with costs to appellant to abide the event.

BRADLEY v. VILLAGE OF UNION. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by Fred E. Bradley against the Village of Union. No opinion. Motion granted. See, also, 164 App. Div. 565, 150 N. Y. Supp. 107; 151 N. Y. Supp. 1106.

BRADLEY v. VILLAGE OF UNION. (Supreme Court, Appellate Division. Third Department. March 3, 1915.) Action by Fred E. Bradley against the Village of Union. No opinion. Motion for leave to appeal (from 164 App. Div. 565, 150 N. Y. Supp. 107) to the Court of Appeals from the determination on appeal from order denied. See, also, 151 N. Y. Supp. 1106.

BRANDT, Appellant, v. BRANDT, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Annette Brandt, an infant, etc., against Edward A. A. Brandt, as executor, etc., and others. PER CURIAM. Judgment affirmed, with costs. The failure of appellant to file exceptions to the conclusions of law is fatal to the maintenance of this appeal. People v. Journal Co., 213 N. Y. 1, 106 N. E. 759. But, assuming that the witnesses were competent to testify, upon the merits the judgment was right. The character of the evidence in support of plaintiff's claim is not that clear and convincing proof from disinterested witnesses which is necessary to establish against the executors of a deceased person such a contract as plaintiff seeks to enforce in this action.

BRANDT, Appellant, v. BRANDT, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Clara Augusta Brandt against Edward A. A. Brandt, as executor, etc., and others. No opinion. Judgment affirmed, with costs, upon the authority of Annette Brandt v. Brandt (decided herewith) 151 N. Y. Supp. 1106.

BRANDT, Appellant, v. BRANDT, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Harry E. Brandt against Edward A. A. Brandt, as executor, etc., and others. No opinion. Judgment affirmed, with costs, upon the authority of Annette Brandt v. Brandt (decided herewith) 151 N. Y. Supp. 1106.

BRAUCHLE, Respondent, v. GUDEWILL, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Gertrude Brauchle against Rudolph H. E. Gudewill. No opinion. Judgment affirmed, with costs.

BREEZE, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by Herbert Breeze against James C. Stewart and another. PER CURIAM. Judgment and order affirmed, with costs. See, also, 151 N. Y. Supp. 1106. MERRELL, J., not sitting.

BREEZE, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Herbert C. Breeze against James C. Stewart and another. PER CURIAM. Motion for leave to appeal (from 151 N. Y. Supp. 1106) to Court of Appeals denied, with $10 costs. MERRELL, J., not sitting.

BREWSTER, Appellant, v. HALL, Respondent. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Richard I. Brewster against William H. Hall. H. B. Goodstein, of New York City, for appellant. H. A. Gildersleeve, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply, on payment of costs in this court and in the court below. Order filed.

BRILL v. RELIABLE CLOTH SPONGING CO. (Supreme Court, Appellate Division, First Department. January 29, 1915). Action by Solomon Brill against the Reliable Cloth Sponging Company. No opinion. Application denied, with $10 costs. Order signed.

In re BROOME AND SPRING STS. (Supreme Court, Appellate Division, First Department. February 19, 1915.) In the matter of Broome and Spring Streets, etc. No opinion. Orders affirmed, with costs. Order filed.

In re BROWN. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) In the matter of the judicial settlement of the account of Mary E. Brown, as administratrix, etc., of James L. Brown, deceased. No opinion. Decree of the Surrogate's Court of Kings County (86 Misc. Rep. 187, 149 N. Y. Supp. 138), in so far as appealed from, affirmed, with costs.

BROWN v. IMPROVED PROPERTY HOLDING CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Benjamin Brown, as administrator, against the Improved Property Holding Company. No opinion. Motion granted, with $10 costs. Order filed.

BROWN BROS., Inc., Appellant, v. WOOSTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Brown Bros., Incorporated, against